UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PAUL SCHATZ, | 2:16-cv-2911 JAM GGH |
| Petitioner, | ORDER |
| v. | |
| SHAWN HATTON, | |
| Respondent. | |

Respondent has requested and extension of time to file a Reply to petitioner's Opposition to the pending Motion to Dismiss.

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time, ECF No. 14, is GRANTED;
2. Respondent shall file any Reply Memorandum on or before June 7, 2017.

**IT IS SO ORDERED.**

Dated: May 8, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE